UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUIS LOPEZ-IRIARTE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:10-CV-240-JAR |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time to File a Traverse [ECF No. 7]. Upon consideration, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File a Traverse [ECF No. 7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall mail to Petitioner, together with a copy of this Memorandum and Order, a copy of the Government's Response to Movant's Motion to Vacate, Set Aside, or Correct Sentence [ECF No. 3] at the following address: Luis Lopez-Iriarte (#34636-044), CCA Cibola County Correctional Center, P.O. Box 3540, Milan, NM 87021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated the 14th day of May, 2012.