UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS LOPEZ-IRIARTE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:10-CV-240-JAR |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

The Court is in receipt of Petitioner's "Ex-Parte Informative Motion" [ECF No. 23] and Motion to Proceed In Forma Pauperis on appeal. [ECF No. 24]

Upon consideration,

**IT IS HEREBY ORDERED** that Petitioner's ex-parte motion [23], construed as a motion for reconsideration, is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Proceed In Forma Pauperis [24] is **GRANTED**.

Dated this 18th day of April, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE